FILED

2004 DEC 16 PM 1: 26

CLERK
WESTERN DISTRICT OF TEXAS

DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| -vs- | § | Crim. No. EP-04-CR-2091(KC) |
| | § | |
| OMNI CONSORTIUM, INC. *et al* | § | |

## ORDER

As the parties do not object to such characterization, the present case is hereby declared complex for purposes of 18 U.S.C. § 3161(h)(8)(B)(ii).

SO ORDERED.

Dated at El Paso, Texas, December 16, 2004.

Kathleen Cardone
United States District Judge